# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ARMISTEAD,<br><br>       Plaintiff,<br><br>v.<br><br>TWG MANAGEMENT, LLC,<br><br>       Defendant. | Civil Action File No.:<br>1:24-cv-02583-MHC |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant TWG Management, LLC, and, pursuant to Fed. R. Civ. P. 56, Fed. R. Civ. P. 6, and Local Rule 56.1, hereby files Defendant's Motion for Summary Judgment on all claims raised in Plaintiff's Complaint. In support of its Motion, TWG Management, LLC, relies upon the Deposition testimony of Jennifer Armistead; the Deposition testimony of Kendrel Bretz; the Deposition testimony of Savannah Williamson; the Defendant's Statement of Material Facts to Which There Is No Genuine Issue To Be Tried and Theories Denying Recovery; Defendant's Memorandum of Law in support of its Motion for Summary Judgment; all pleadings of record; all documents of record; all matters of record; and all evidence properly before the Court.

WHEREFORE, Defendant TWG Management, LLC, respectfully requests that this Court grant its Motion and enter Summary Judgment in its favor and against Plaintiff.

This 12th day of December, 2024.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS

*/s/ Erica L. Morton*

Erica L. Morton, Esq.
Georgia Bar No.: 140869
Austin L. Albertson, Esq.
Georgia Bar No.: 768516
*Attorneys for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com
nikki.swain@swiftcurrie.com
penny.wofford@swiftcurrie.com

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ARMISTEAD,<br><br>Plaintiff,<br><br>v.<br><br>TWG MANAGEMENT, LLC,<br><br>Defendant. | Civil Action File No.:<br>1:24-cv-02583-MHC |

### CERTIFICATE OF SERVICE

I certify that I have electronically filed this ***Defendant's Motion for Summary Judgment*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joseph A. Zdrilich, Esq.<br>
ZDRILICH INJURY LAW, LLC<br>
3575 Koger Blvd., Suite 125<br>
Duluth, GA 30096<br>
joe@zinjurylaw.com

This 12th day of December, 2024.

*(signatures on following page)*

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS

*/s/ Erica L. Morton*

Erica L. Morton, Esq.
Georgia Bar No.: 140869
Austin L. Albertson, Esq.
Georgia Bar No.: 768516
*Attorneys for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com
nikki.swain@swiftcurrie.com
penny.wofford@swiftcurrie.com