# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ARMISTEAD,<br><br>Plaintiff,<br><br>v.<br><br>TWG MANAGEMENT, LLC,<br><br>Defendant. | Civil Action File No.:<br>1:24-cv-02583-MHC |

## NOTICE OF FILING ORIGINAL DISCOVERY

COMES NOW, Defendant TWG Management, LLC, and gives notice it has filed the following original documents:

1. Deposition of Jennifer Armistead, taken May 23, 2024;

2. Deposition of Kendrel Bretz, taken September 17, 2024;

3. Deposition of Savannah Williamson, take November 8, 2024.

*(Signature on following page)*

This 12th day of December, 2024.

        Respectfully submitted,

        SWIFT, CURRIE, MCGHEE & HIERS, LLP

        ***/s/ Erica L. Morton***

        Erica L. Morton, Esq.
        Georgia Bar No.: 140869
        Austin L. Albertson, Esq.
        Georgia Bar No.: 768516
        *Attorneys for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com
nikki.swain@swiftcurrie.com
penny.wofford@swiftcurrie.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ARMISTEAD,<br><br>Plaintiff,<br><br>v.<br><br>TWG MANAGEMENT, LLC,<br><br>Defendant. | Civil Action File No.:<br>1:24-cv-02583-MHC |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed this ***Notice of Filing Original Discovery*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record.

Joseph A. Zdrilich, Esq.
ZDRILICH INJURY LAW, LLC
3575 Koger Blvd., Suite 125
Duluth, GA 30096
joe@zinjurylaw.com

This 12th day of December, 2024.

*(signatures on following page)*

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS

*/s/ Erica L. Morton*

Erica L. Morton, Esq.
Georgia Bar No.: 140869
Austin L. Albertson, Esq.
Georgia Bar No.: 768516
*Attorneys for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com
nikki.swain@swiftcurrie.com
penny.wofford@swiftcurrie.com