## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ARMISTEAD,<br><br>  Plaintiff,<br><br>v.<br><br>TWG MANAGEMENT, LLC,<br><br>  Defendant. | Civil Action File No.:<br>1:24-cv-02583-MHC |

## **DEFENDANT'S REQUEST FOR ORAL ARGUMENT**

COMES NOW, TWG Management, LLC, Defendant in the above-styled action, and, pursuant to Local Rule 56, requests this Court grant Oral Argument on Defendant's Motion for Summary Judgment in the above-styled civil action. Defendant requests this argument take place at the Court's earliest convenience.

This 12th day of December, 2024.

            Respectfully submitted,

            SWIFT, CURRIE, MCGHEE & HIERS

            */s/ Erica L. Morton*

            Erica L. Morton, Esq.
            Georgia Bar No.: 140869
            Austin L. Albertson, Esq.
            Georgia Bar No.: 768516
            *Attorneys for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com
nikki.swain@swiftcurrie.com
penny.wofford@swiftcurrie.com

-3-

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ARMISTEAD, <br><br> Plaintiff, <br><br> v. <br><br> TWG MANAGEMENT, LLC, <br><br> Defendant. | Civil Action File No.: <br> 1:24-cv-02583-MHC |

## **CERTIFICATE OF SERVICE**

I certify that I have electronically filed this ***Defendant's Request for Oral Argument*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Joseph A. Zdrilich, Esq.
ZDRILICH INJURY LAW, LLC
3575 Koger Blvd., Suite 125
Duluth, GA 30096
joe@zinjurylaw.com

This 12th day of December, 2024.


*(signature on the following page)*

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS

*/s/ Erica L. Morton*

Erica L. Morton, Esq.
Georgia Bar No.: 140869
Austin L. Albertson, Esq.
Georgia Bar No.: 768516
*Attorneys for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com
nikki.swain@swiftcurrie.com
penny.wofford@swiftcurrie.com