# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **JENNIFER ARMISTEAD,** | § § § § § § § § § § § | **CIVIL ACTION FILE NO.:** 1:24-cv-02583-MHC |
| Plaintiff, | | |
| v. | | |
| **TWG MANAGEMENT, LLC,** | | |
| Defendant. | | |

## PLAINTIFF'S NOTICE OF FILING ORIGINAL DISCOVERY MATERIAL

COMES NOW, **JENNIFER ARMISTEAD**, Plaintiff in the above-entitled action, by and through undersigned counsel, and hereby gives notice that she has filed the following original discovery material for consideration of the Court in connection with Defendant's Motion for Summary Judgment:

1. 30(b)(6) Deposition of Kendrel Bretz on Behalf of TWG Management, LLC, taken September 17, 2024, with Exhibits 1–6 and Exhibit D1.

This 2nd day of January, 2025.

ZDRILICH INJURY LAW, LLC

_____

3575 Koger Boulevard, Suite 125
Duluth, Georgia 30096
Phone: (404) 888-1111
Fax: (770) 931-9610
Email: joe@zinjurylaw.com

JOSEPH A. ZDRILICH
Georgia Bar No.: 569248
Attorney for Plaintiff

## CERTIFICATE OF SERVICE AND COMPLIANCE
## WITH LOCAL RULE 5.1

I hereby certify that I have this day filed a copy of the foregoing *Plaintiff's Notice of Filing of Original Discovery Material* with the clerk of court via the PACER ECF e-filing system, which will automatically serve counsel of record as follows:

**Erica L. Morton, Esq.**
**Austin L. Albertson, Esq**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
**1420 Peachtree Street, NE, Suite 800**
**Atlanta, Georgia 30309-3231**
**erica.morton@swiftcurrie.com**
**austin.albertson@swiftcurrie.com**
*Attorneys for Defendant TWG Management, LLC*

I further certify that the foregoing *Plaintiff's Notice of Filing of Original Discovery Material* is in compliance with Local Rule 5.1(B) governing font and point selections.

This 2nd day of January, 2025.

ZDRILICH INJURY LAW, LLC

3575 Koger Boulevard, Suite 125
Duluth, Georgia 30096
Phone: (404) 888-1111
Fax: (770) 931-9610
Email: joe@zinjurylaw.com

JOSEPH A. ZDRILICH
Georgia Bar No.: 569248
Attorney for Plaintiff