**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JENNIFER ARMISTEAD,<br><br>        Plaintiff,<br><br>v.<br><br>TWG MANAGEMENT, LLC,<br><br>        Defendant. | Civil Action File No.:<br>1:24-cv-02583-TRJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Jennifer Armistead, and Defendant, TWG Management, LLC, by and through their respective counsel of record, and jointly submit this Stipulation of Dismissal pursuant to F.R.C.P. 41 (a)(1)(A)(ii). The parties stipulate that all claims are due to be dismissed with prejudice. In connection therewith, each party shall bear its own respective costs, attorney's fees, and expenses.

This 3rd day of September, 2025.

*(Signatures on following page.)*

Respectfully submitted,

ZDRILICH INJURY LAW, LLC

*/s/ Joseph A. Zdrilich*

_____

Joseph A. Zdrilich, Esq.
Georgia Bar No.: 569248
*Attorney for Plaintiff*

ZDRILICH INJURY LAW, LLC
3575 Koger Blvd., Suite 125
Duluth, GA 30096
Phone: (770) 931-9610
joe@zinjurylaw.com

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Erica L. Morton*

_____

Erica L. Morton, Esq.
Georgia Bar No.: 140869
Austin L. Albertson, Esq
Georgia Bar No.: 768516
*Attorneys for Defendant TWG*
*Management, LLC*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ARMISTEAD, | |
| Plaintiff, | |
| v. | Civil Action File No.: 1:24-cv-02583-TRJ |
| TWG MANAGEMENT, LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the ***Stipulation of Dismissal with Prejudice*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Erica L. Morton, Esq.
Austin L. Albertson, Esq.
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
erica.morton@swiftcurrie.com
austin.albertson@swiftcurrie.com

*(Signature on following page)*

This 3rd day of September, 2025.

Respectfully submitted,

ZDRILICH INJURY LAW, LLC

*/s/ Joseph Zdrilich*

_____
Joseph A. Zdrilich, Esq.
Georgia Bar No.: 569248
*Attorney for Plaintiff*

ZDRILICH INJURY LAW, LLC
3575 Koger Blvd., Suite 125
Duluth, GA 30096
Phone: (770) 931-9610
joe@zinjurylaw.com